# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosenbaum, Robin S. | U.S. Court of Appeals for the Eleventh Circuit | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
299 E. Broward Blvd., Room 108
Fort Lauderdale, Florida 33301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Holland & Knight -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 04/15/19-04/16/19 | Dallas, TX | Board Meeting | Transportation, hotel, food |
| 2. | University of Tennessee | 10/14/19-10/16/19 | Knoxville, TN | Judged moot court competition; spoke with students | Transportation, hotel, food |
| 3. | Emory University | 10/20/19-10/21/19 | Atlanta, GA | Judged moot court competition; spoke with students | Partial Transportation, hotel, food |
| 4. | Washington University | 11/13/19-11/15/19 | St. Louis, MO | Judged moot court competition; spoke with students | Transportation, hotel, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Rosenbaum, Robin S.** | 05/11/2020 |

6. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosenbaum, Robin S.** | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosenbaum, Robin S.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 2. Astropower common | | None | J | T | | | | | |
| 3. Bank of America--check/savings | A | Interest | K | T | | | | | |
| 4. Cisco Systems common | A | Dividend | K | T | | | | | |
| 5. DiscoverBank Savings and Money Market Account & CDs | C | Interest | M | T | | | | | |
| 6. Dodge & Cox Int'l Stock Fund | A | Int./Div. | K | T | | | | | |
| 7. Domini Social Equity Fund - Domini Impact Equity | A | Int./Div. | K | T | | | | | |
| 8. Ericsson L M Tel Co. ADR | A | Dividend | J | T | | | | | |
| 9. Fidelity Cash Reserves - Government Money Market | A | Dividend | J | T | | | | | |
| 10. Fidelity Contrafund (H&K 401k) | A | Int./Div. | L | T | | | | | |
| 11. Fidelity Contrafund (IRA) | A | Int./Div. | L | T | | | | | |
| 12. Fidelity Low Priced Stock Fund | A | Dividend | K | T | | | | | |
| 13. Fidelity Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 14. Fidelity Retirement Government Money Market Fund | A | Dividend | K | T | | | | | |
| 15. Fidelity Unique NH 2021 Portfolio Index | A | Int./Div. | K | T | Sold (part) | 07/01/19 | J | A | |
| 16. -(another partial sale from Fidelity account listed above) | | | | | Sold (part) | 07/16/19 | J | A | |
| 17. -(another partial sale from Fidelity account listed above) | | | | | Sold (part) | 12/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity Unique NH Bank Deposit Portfolio | A | Int./Div. | L | T | Sold<br>(part) | 07/01/19 | J | A | |
| 19. | -(another partial sale from Fidelity account listed above) | | | | | Sold<br>(part) | 07/16/19 | K | A | |
| 20. | -(another partial sale from Fidelity account listed above) | | | | | Sold<br>(part) | 12/19/19 | K | A | |
| 21. | Intel Corp. | A | Dividend | K | T | | | | | |
| 22. | Janus Henderson Forty Fund | A | Dividend | J | T | | | | | |
| 23. | Janus Global Research Fund (previously Janus Worldwide Fund) | A | Dividend | K | T | | | | | |
| 24. | Lumentum Holdings, Inc. common | | None | J | T | | | | | |
| 25. | MassMutual VUL: Oppenheimer Capital Appreciation Fund | | None | K | T | | | | | |
| 26. | MassMutual Variable Universal Life: Oppenheimer Midcap Fund | | None | K | T | | | | | |
| 27. | NVIDIA common | A | Dividend | J | T | | | | | |
| 28. | Parnassus Fund | A | Int./Div. | L | T | | | | | |
| 29. | PRU Total Return bond Fund-Holland & Knight 401k | A | Int./Div. | K | T | | | | | |
| 30. | Rhythms Netconnections common | | None | J | T | Closed | | J | | |
| 31. | Roku Inc. common | | None | J | T | Buy | 01/03/19 | J | | |
| 32. | T. Rowe Price 529 College Savings Plan Portfolio 2021 | A | Int./Div. | K | T | | | | | |
| 33. | T. Rowe Price 529 College Savings Plan Money Market Portfolio | A | Int./Div. | M | T | Sold<br>(part) | 07/17/19 | K | A | |
| 34. | -(another partial sale from T. Rowe Price 529 plan listed above) | | | | | Sold<br>(part) | 11/15/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosenbaum, Robin S.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. T. Rowe PriceBlue Chip Growth Fund | A | Int./Div. | K | T | | | | | |
| 36. T. Rowe Price Health Sciences Fund (UGMA) - Account 1 | A | Int./Div. | J | T | | | | | |
| 37. T. Rowe Price Health Sciences Fund (UGMA) - Account 2 | A | Int./Div. | J | T | | | | | |
| 38. Universal Display Corp. common | A | Dividend | L | T | | | | | |
| 39. Vanguard Institutional Index Fund | A | None | K | T | | | | | |
| 40. Viavi Solutions, Inc. common | | None | J | T | | | | | |
| 41. Wells Fargo Small Company Growth Fund-Holland & Knight 401k | A | Int./Div. | K | T | | | | | |
| 42. Apple | A | Dividend | J | T | | | | | |
| 43. Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 44. Netflix | | None | K | T | | | | | |
| 45. Trust #1 | A | Interest | N | T | | | | | |
| 46. -MML VUL: MassMutual Life Blend | | None | K | T | | | | | |
| 47. -MML VUL: Oppenheimer Main Street | | None | L | T | | | | | |
| 48. -MML VUL: Janus Henderson Forty | | None | K | T | | | | | |
| 49. -MML VUL: Oppenheimer Discovery Mid Cap Growth | | None | L | T | | | | | |
| 50. -MML VUL: T. Rowe Price Mid-Cap Growth | | None | L | T | | | | | |
| 51. -MML VUL: Oppenheimer Global | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

1. Lines 42-44 are held by ____, but I am listed as ____ tenant on her account. This has been the case for several years. I derive no income or other benefits from my ____ investments.

2. Lines 46-51 list the assets in Trust #1. I do not receive any income or other benefits from this trust or from serving as the trustee, nor am I a beneficiary of the trust.

3. Line 45 reflects the cumulative value of Trust #1. As I indicated in Note 2 above, lines 46-51 list the specific mutual-fund holdings that make up this Trust.

4. Rhythms Netconnection (line 30) went to zero value some time ago and no longer is listed on the Ameritrade statement account. I am unsure of what date this event occurred, but I no longer own such stock, which no longer exists.

5. Lines 16 and 17 list additional partial sales of the asset identified on line 15.

6. Lines 19 and 20 list additional partial sales of the asset identified on line 18.

7. Line 34 lists an additional partial sale of the asset identified on line 33.

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 05/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robin S. Rosenbaum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544